# Court of Appeals
# of the State of Georgia

ATLANTA, August 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0092. LEGENA BROWN v. ALVA ERKINS.**

This civil action began in magistrate court. Following an adverse ruling, pro se plaintiff Legena Brown appealed to the superior court, which affirmed the magistrate court's decision. Brown then filed this direct appeal, seeking review of either the magistrate court order, the superior court order, or both.[1] Regardless of which order she seeks to appeal, we lack jurisdiction.

To the extent that Brown seeks to appeal the magistrate court order, appeals from magistrate court lie in state or superior court, not this Court. See OCGA § 15-10-41 (b); *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023); *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990); *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). Moreover, Brown's July 16, 2025 notice of appeal was untimely filed more than seven days after the magistrate court's order was entered on March 28, 2025. See OCGA § 44-7-56 (b) (1); *Stubbs v. Local Homes*, 375 Ga. App. 513, 514-516 (915 SE2d 91) (2025).

To the extent that Brown seeks to appeal the superior court order, appeals from superior court decisions reviewing lower court decisions must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260

---

[1] While Brown's notice of appeal indicates that she wishes to appeal "the final judgment entered by the Superior Court of Taylor County," the notice also indicates that the order she seeks to appeal was entered on March 24, 2025, which is the date that the magistrate court judge signed the order Brown appealed to the superior court.

Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Brown's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*   08/15/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*